_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAY 1 5 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ATTACHMENT A: STIPULATED FACTS

*The parties hereby stipulate and agree that if this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt. They agree that these are not all of the facts that would be proved if this case proceeded to trial.*

At all relevant times to this case, **JAYRON KHALIL FOSTER ("FOSTER")** was a resident of Prince George's County, Maryland.

From at least August 2016 through at least January 2017, **FOSTER** used, persuaded, induced, enticed, or coerced Victim 1, a seven-year-old minor female, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct. The sexually explicit images and videos were produced using electronic devices, including a Toshiba hard drive that was manufactured outside the State of Maryland, and therefore the images and videos were produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including computer.

In April 2017, the Maryland State Police ("MSP") began investigating ten Cybertips which were sent to the MSP Internet Crimes Against Children (ICAC) task force from the National Center for Missing and Exploited Children (NCMEC) in reference to possible child pornography. The Cybertips were initiated by Google, which reported that a user had uploaded multiple images of possible child pornography to various Google URLs including Google Plus Photos. Law enforcement reviewed the contents of the Cybertips and confirmed that they contained images and videos of child pornography. The IP address related to the Cybertips was associated with a residence located in Riverdale, Maryland. As a result, MSP obtained a state search warrant for this residence and executed the warrant on April 25, 2017.

**FOSTER** was present at the residence. An on-scene forensic preview was conducted on **FOSTER**'s hard drive, which was located in **FOSTER**'s book bag next to condoms. The manufacturer of the hard drive is Toshiba, with serial number Y65EW5AMT, product of Philippines, and thus it was manufactured outside the state of Maryland. During the on-scene preview, a folder entitled with Victim 1's name was located on the hard drive. The folder contained 34 videos and 421 images all depicting Victim 1. Victim 1 is **FOSTER**'s relative.

**FOSTER** was advised of his *Miranda* rights, which he waived. During the interview, **FOSTER** admitted to having the phone number and email addresses associated with the Cybertips. In addition, **FOSTER** admitted to being attracted to Victim 1. **FOSTER** further admitted that he began taking sexually explicit images of Victim 1 in 2015 and admitted that all of the images and videos were produced at the residence located in Riverdale, Maryland. **FOSTER** also admitted to rubbing his penis on Victim 1's vagina four times in December 2015 and one time in 2016.

Four of the images and videos depicted on the Toshiba hard drive are described as follows:

| Date from Hard Drive | File Name | Description |
| --- | --- | --- |
| August 24, 2016 | Level(23).mp4 | 5:42 long - depicts **FOSTER** lifting up the dress and pulling down the blue panties of Victim 1, who is sleeping. **FOSTER**, wearing a condom, appears to penetrate the anus of Victim 1. **FOSTER** also uses his hand to masturbate himself to ejaculation in the condom. **FOSTER**'s face can be seen in the video. |
| August 31, 2016 | Level(24).mp4 | 3:28 long - depicts **FOSTER** positioning Victim 1 bent over at the waist with her back to the camera. **FOSTER** then pours baby oil on her bottom before pulling down her pants and underwear exposing her anus and vagina to the camera. **FOSTER** uses his hand to rub the oil all over Victim 1's butt and genital area. **FOSTER** then positions Victim 1 to the side and he kneels behind her. **FOSTER** appears to rub his penis between the butt cheeks of Victim 1. **FOSTER** also uses his right hand to masturbate himself before rubbing his penis again between the butt cheeks of Victim 1. |
| September 11, 2016 | Level(20).mp4 | 2:11 long - depicts Victim 1 bent over on her knees and elbows. Victim 1's pants are pulled down below her butt and her anus and vagina are exposed to the camera. Victim 1 is on her elbows and knees between the legs of a male and a rubbing noise can be heard in the background of the video. The camera zooms in on Victim 1's vagina and anus. Victim 1 then gets on her hands and knees and begins shaking her bottom. The male voice tell her to "keep doing it", "make it look good", "yeah...keep going", "go slow", and "almost done". At the end of the video, Victim 1 turns to the camera and pulls up her pants. |

| Date from Hard Drive | File Name | Description |
|---|---|---|
| January 19, 2017 | Level(25).mp4 | 4:49 long - depicts Victim 1 sleeping on a couch and her pants are pulled down below her butt. **FOSTER** appears in the video and attempts to penetrate Victim 1's anus with his erect penis. **FOSTER** then takes his pants off and straddles Victim 1's legs and again attempts to insert his erect penis into her anus. **FOSTER** then uses his right hand to masturbate himself to ejaculation. **FOSTER**'s face can be seen in the video. **FOSTER** is wearing a condom for part of the video. |

In addition to each of the videos above, the following image/video was also found on the Google Photos account associated with the Google Cybertips:

- **7.MTS:** A video file that is 4:04 long and depicts two naked minor females lying on a bed. There is an adult male on top of one of the minor females rubbing his erect penis against the vagina of the minor female. The second minor female, who is lying next to the first minor female, is kissing the first minor female on the lips. The adult male then masturbates to ejaculation onto the first minor female's face and neck.

- **0_36100600_1182013704_jpg_266.jpg:** An image that depicts a minor female naked from the waist down kneeling next to a naked minor male. The minor female's mouth is on the erect penis of the minor male.

\* \* \*

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

04/27/18
Date

_Jayron Foster_
Jayron Khalil Foster

I am the attorney for Jayron Khalil Foster. I have carefully reviewed the statement of facts with him.

4/27/2018
Date

_Julie Stelzig, Esq._

13